UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20221-DPG

UNITED STATES OF AMERICA

vs.

ADALBERTO COMPARAN-RODRIGUEZ
a/k/a "Fruto,"

**Defendant.**
_____/

## FACTUAL PROFFER

Defendant, Adalberto Comparan-Rodriguez, a/k/a "Fruto" (the "Defendant"), his counsel, and the United States of America agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

Beginning in January of 2021, a Confidential Source ("CS"), acting at the direction of law enforcement, conducted a series of meetings in Colombia with co-defendant Alfonso Rustrian ("Rustrian"), Rustrian's girlfriend, and the Defendant. During those meetings, the Defendant told the CS that he could obtain crystal methamphetamine for the CS.

The CS discussed prices with the Defendant and Rustrian, and told them that he wanted to purchase approximately five hundred (500) kilograms of crystal methamphetamine for importation from Mexico to South Florida. After negotiating the price, the three men settled on two hundred fifty (250) kilograms of crystal methamphetamine at $14,000 per kilogram. At the CS's suggestion, the Defendant agreed to attempt to obtain an additional two hundred fifty (250) kilograms of methamphetamine. The Defendant explained to the CS that the crystal methamphetamine would be dissolved in liquid house paint, which is undetectable, and shipped.

On or about February 15, 2021, Rustrian sent the CS several pictures and videos taken by Rustrian's girlfriend that Rustrian had received from the Defendant. Those pictures and videos

from the Defendant showed the Defendant, his son Adalberto Comparan-Bedolla ("Comparan-Bedolla"), and Rustrian's girlfriend preparing the methamphetamine.

Soon after a March 4, 2021 meeting between Rustrian and the Defendant, Rustrian told the CS that Comparan-Bedolla would be traveling to Miami to receive the first shipment of methamphetamine – roughly two hundred (200) kilograms of the planned five hundred (500) kilograms. On or about March 11, 2021, Comparan-Bedolla arrived at Miami International Airport from Mexico City. He met with the CS and discussed the planned arrival of the methamphetamine, and what they would need to do to extract the meth. The CS drove Comparan-Bedolla to a hotel in Hialeah, Florida, that had been reserved by Rustrian.

On or about March 19, 2021, the plan for the delivery of the methamphetamine changed, and the CS was informed that the initial shipment of methamphetamine would not arrive in paint, but in large concrete tiles. That same day, Comparan-Bedolla told the CS that two truckers had been hired to transport the concrete tiles containing crystal methamphetamine to Miami. This was the methamphetamine that the CS had previously negotiated with Rustrian and the Defendant. The tiles containing the methamphetamine had come from Mexico and were stashed in Texas. The two drivers, then, would drive the tiles containing methamphetamine on a truck from Texas to Hialeah, Florida.

The truck transporting the methamphetamine arrived in South Florida on the evening of March 20, 2021. The truck drove to an undercover law enforcement warehouse in the Miami area. When the truck arrived, Comparan-Bedolla called the Defendant and told him that the drivers had arrived at the warehouse. An additional undercover agent ("UC2") used a forklift to remove four (4) crates of concrete tile from the truck's trailer. The tile was placed into the warehouse, and the drivers left the area. After the drivers left, UC1, UC2, the CS, and Comparan-Bedolla broke the tiles open using hammers. From within the tiles, law enforcement recovered approximately two

hundred (200) kilograms of wrapped methamphetamine. The methamphetamine was field tested, which confirmed that it was in fact methamphetamine. The undercover warehouse was wired to record audio and video, and the removal of the methamphetamine from the tiles was recorded by law enforcement.

On or about March 23, 2021, Comparan-Bedolla told the CS that, instead of three hundred (300) more kilograms of methamphetamine, they would be receiving three hundred fifty (350) kilograms of methamphetamine, and it would be shipped in house paint. That paint was shipped from Mexico, through Texas, and represents the final portion of the original 500-kilogram deal that the CS, Rustrian, and the Defendant had agreed to in January 2021.

On or about the evening of March 26, 2021, a truck delivered approximately two hundred forty-five (245) five-gallon buckets of paint, a large number of which were infused with methamphetamine, to an undercover warehouse in the Miami area. The truck was driven by the same driver, and used the same trailer, as the previous delivery of two hundred (200) kilograms of methamphetamine in large concrete tiles. This delivery was captured on audio and video surveillance that law enforcement installed in the warehouse.

[THIS SPACE INTENTIONALLY LEFT BLANK]

The Parties agree that the above facts, which do not include all the facts known to the Government and the Defendant, are sufficient to prove the guilt of the Defendant in the above-referenced matter.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 11/29/22   By: _____
SHANE R. BUTLAND
ASSISTANT UNITED STATES ATTORNEY

Date: 11/29/22   By: _____
RENE ALBERTO SOTORRIO, ESQ.
COUNSEL FOR DEFENDANT

Date: 11/29/22   By: _____
ADALBERTO COMPARAN-RODRIGUEZ
DEFENDANT

4