EXHIBT –  CHARACATER LETTERS FROM FAMILY AND FRIENDS

Honorable Judge Darrin P. Gayles

I ask God to bless you in such an important work that you have and give you wisdom, to rule with justice and mercy every case that is assigned to your good judgment.

The one who subscribes, Anabel Bedolla Marín, wife of Adalberto Fructuoso Comparan Rodríguez, am writing to you to expose the most relevant generalities about the life of Adalberto F. Comparan. I love him and I know him as the human being he is. I have been married to him for 34 years, he has been a man responsible for his family, a loving and caring father with his children. The breadwinner and pillar of his whole family including his parents and his brothers. The moral and economic support of his parents, since, due to an illness, his father is invalid therefore unable to work so Adalberto for years has been their economic support.

A man totally committed morally and financially to his children, his parents and also his brothers.

Altruistic by nature, benefactor of anyone who approaches him requesting his help or support of any kind from economic for some family emergency, as economic support for a benefactor foundation, to transfer sick to the nearest city because in the town there was no ambulance, creator of sources of work.

Being a hardworking and enterprising man, he managed to open the only gas station in the town, later a water purifier, then a hotel, he had farmland where he planted tomatoes, gave work to many people, many families benefited and achieved their economic sustenance thanks to the work he offered them.

As I have said, his main characteristic is that altruism, beneficence, generosity the people of the town approached him full of confidence knowing that they would be heard and would find the support they sought from him. My children were happy and proud of their father. Adalberto led a good life of honest work until bad times came the social environment of the town changed the social and labor situation became complicated unfortunate and regrettable events forced him for his personal safety to leave the town and with it his work and means of staying away from the town and without work led him to make wrong decisions that led him to be where he is.

But if you allow me, with all due respect, to give you my humble opinion an unfortunate circumstantial fact, it does not define a person.

taking into account that you have been a good person as a hardworking, honest, noble feeling, I trust your good judgment and be kind to Adalberto in his final opinion is grateful to you in advance.

Anabel Bedolla Marín

Honorable Judge Darrin P. Gayles

Pido a Dios lo bendiga en tan importante labor que usted tiene y le de sabiduría, para dictaminar con justicia y misericordia cada caso que le sea asignado a su buen juicio.

La que subscribe  Anabel Marín esposa de Adalberto Fructuoso Comparan Rodríguez,  me dirijo a usted para exponerle las generalidades más relevantes la vida de Adalberto F.  Comparan y lo conozca como el ser humano que es.  Tengo 34 años de casada con él, ha sido un hombre responsable de su familia, padre cariñoso y amoroso con sus hijos el sostén y pilar de toda su familia me refiero aquí de sus padres y sus hermanos.  El apoyo moral y económico de sus padres, ya que , debido a una enfermedad su padre es inválido por tanto imposibilitado para trabajar así que Adalberto por años ha sido el sostén económico de ellos.

Un hombre totalmente comprometido moral y económicamente con sus hijos sus padres y también sus hermanos.

Altruista por naturaleza, benefactor de todo aquel que se acerca a él solicitando su ayuda o apoyo de cualquier índole desde económico por alguna emergencia familiar como apoyo económico para alguna fundación benefactora,  hasta trasladar enfermos a la ciudad más cercana porque en el pueblo no había ambulancia,  creador de fuentes de trabajo.

Siendo un hombre trabajador y emprendedor logró poner la única gasolinera del pueblo, tiempo después una purificadora de agua,  luego un hotel, tenía tierras de cultivo donde sembraba tomates, daba trabajo a mucha gente, muchas familias se beneficiaron y lograron su sustento económico gracias al trabajo que él les ofrecía.

Como he dicho su principal característica es que el altruismo la beneficencia la generosidad la gente del pueblo se acercaba a él llenos de confianza sabiendo que serían escuchados y encontrarían el apoyo que de él buscaban. Mis hijos se sentían felices y orgullosos de su padre.  Adalberto llevaba una buena vida de trabajo honesto hasta que llegaron los tiempos malos el entorno social del pueblo cambió la situación social y laboral se volvió complicada sucesos desafortunados y lamentables lo obligaron por su seguridad personal abandonar el pueblo y con él su trabajo y medio de mantenerse lejos del pueblo y sin trabajo lo llevaron a tomar decisiones equivocadas que lo llevaron a estar donde esta.

Pero si me permite, con todo respeto, darle mi humilde opinión un hecho circunstancial desafortunado, no define a una persona.

tomando en cuenta que ha sido una buena persona como trabajador, honesto,  de nobles sentimientos, confío en su buen juicio y sea benigno con Adalberto en su dictamen final queda de usted agradecida de antemano

Anabel Bedolla Marín

The Honorable Darrin P. Gayles
United States District Judge
US District Court-Southern District of Florida


Escribo esta carta con el afán de que escuche a un hijo preocupado por su padre.  Mi papa ha sido un

hombre íntegro, cariñoso y responsable toda su vida.  Siempre viendo por su familia y el bienestar de

todos.  Me apena mucho toda esta situación, pero vea en los ojos de mi padre que es un hombre bueno

tiene el mejor corazón que he conocido, nos inculco mucho el amor y el respeto por todos los demás,

hizo de nosotros personas sanas y responsables.  Antemano agradezco y le piso a Dios que guie si mente

y su corazón, escuche nuestras palabras por favor. Es un buen hombre mi padre.


Atentamente,

Aaron Comparan Bedolla

The Honorable Darrin P. Gayles,
United States District Judge
US District Court- Southern District of Florida

My name is Analia Comparan Bedolla, I am the daughter of Adalberto Fructuoso Comparan Rodriguez and Anabel Bedolla Marin, I am 29 years old, and I live in the city of Querétaro in Mexico.

The reason for my letter is to ask you to allow me to express to you the kind of pope and in general of being human is my father. I am his third daughter and one of the most attached to him. I remember since I have been aware that I was always with him, he always took me to his gas station, his ranches, his heavy machinery for repairing roads, then to his hotel, he always took great care of me, he has been the most loving and nicest pope with his family, he was always our livelihood, he always wanted us not to have deficiencies and workedor A lot to grow his businesses, he tried to give us the best education, I went to one of the best schools in the country thanks to him, just like my two older brothers.

Even when my older brother entered the school, my dad took two of my brother's friends to the same school and paid their tuition as long as possible.

When we were little and still in adulthood, I remember that there was always someone from the people of our town knocking on the door of our house to ask my dad for work, food, money to go to the doctor or anything else they needed at that time, and I do not remember any time that my dad has refused anyone who needed him.

I suppose that vocation of helping others was what led him to be municipal president in 2008. He worked hard for the progress of the people and had great achievements. However, the region in which we lived has always been characterized by being very conflictive and violent and at the endof 2016 we had to leave our village. My dad began to strip him of his belongings, they burned the pipe in which he transported the gasoline, after having stolen 2 or 3 times the fuel, my dad began to sell the belongings that he could manage to support himself and his family but the economic problems were increasing, my dad was in danger because of the people who took his belongings and could not get income, Increasingly desperate for sustenance and no longer able to obtain money from his assets, he made decisions that led him to the terrible situation in which he finds himself now, along with Big Brother.

Despite this, and as I have said before, my dad is an excellent person, he is not a man of problems or lawsuits, my dad is a person who is grateful to have close. I remember when he had tomato orchards I took casseroles full of food to feed all the people who picked the fruit and with his workers he was always very generous, not only with the salary, which is worth mentioning my dad was one of the best employers in town talking about salaries, besides that whenever they needed it, My dad helped his employees.

I want to conclude, requesting and thanking you, Judge, that you read my letter and take into account my words because despite the serious mistake my father made, he deserves a second chance for being so good for having given me the best childhood for filling me with love every day, even if it is through the calls they give him, For having taken care of myself educated, protected, since while I was next to him, I do not remember a single occasion in which he was not afraid, he also deserves a second chance for having always been so kind to others, even when he was in adverse situations.

I thank you, Mr. Judge, and I send you a cordial greeting and God bless you.

Kind regards,

/s/Analia Comparan Bedolla

En Querétaro, Qro, mexico. a 29 de diciembre del 2022

The Honorable Darrin p. Gayles.
United States Distric Judge.
U.S. District Court Southern.
District of florida.

Mi nombre es Analía Comparán Bedolla
Soy hija de Adalberto Fructuoso
Comparán Rodríguez y de Anabel Bedolla
Marín, tengo 29 años de edad y
vivo en la ciudad de Querétaro, en
México.
El motivo de mi carta es pedirle
me permita expresarle la clase de
papá y en general de ser humano
es mi papá.
Yo soy su tercer hija y una de las
más apegadas a él, yo recuerdo
desde que tengo conciencia que
yo siempre estaba con él, siempre
me llevaba con él a su trabajo que
era su gasolinera, sus ranchos,
su maquinaria pesada para la
reparación de caminos, despúes
su hotel, el siempre me

cuidaba mucho, ha sido el papá más amoroso y más bueno con su familia, siempre fue nuestro sustento, siempre quiso que no tuviéramos carencias y trabajó mucho para hacer crecer sus negocios, procuró darnos la mejor educación, y o fui a una de las mejores escuelas del país gracias a él, igual mis dos hermanos mayores.

Incluso cuando mi hermano mayor entró a dicha escuela, mi papá llevó a dos de los amigos de mi hermano a la misma escuela y él pago su colegiatura el tiempo que te fue posible.

Cuando éramos pequeños, y aún en la edad adulta, yo recuerdo que siempre había alguien de las personas de nuestro pueblo tocando la puerta de nuestra casa para pedirle a mi papá trabajo, comida, dinero para acudir al doctor

o walquier otra cosa que en ese
momento necesitaran y no recuerdo
ninguna vez que mi papá se haya
negado a cualquier persona que
necesitara de él.
Supongo que esa vocación de ayuda
al prójimo fue lo que lo llevó a
ser presidente municipal en el 2008,
el trabajó arduamente por el progreso
del pueblo y tuvo grandes logros,
sin embargo, la región en la que
vivíamos siempre se ha caracterizado
por ser muy conflictiva y violenta
y a finales del año 2016 tuvimos
que irnos de nuestro pueblo, a mi
papá lo comenzaron a despojar
de sus pertenencias, quemaron
la pipa en que transportaba la
gasolina, después de haberle robado
en 2 o 3 ocasiones el combustible,
mi papá comenzó a vender la perte-
nencias que pudo para lograr
mantenerse a él y a su familia

pero los problemas económicos iban incrementando, mi papá corría peligro por las personas que le quitaron sus pertenencias y no lograba conseguir ingresos económicos, cada vez más desesperado por conseguir sustento y ya sin poder obtener dinero de sus bienes, tomó decisiones que lo llevaron a la terrible situación en la que se encuentra ahora, junto con mi hermano mayor.

A pesar de esto, y como lo he dicho antes, mi papá es una excelente persona, no es un hombre ni de problemas, ni de pleitos, mi papá es una persona que se agradece tener cerca. Yo recuerdo cuando tenía huertas de jitomate, llevaba cazuelas repletas de comida para alimentar a todas las persona que recolectaban la fruta y con todos sus trabajadores siempre

fue muy generoso, no solo con
el salario, que cabe mencionar,
mi papá era de los mejores
empleadores del pueblo Hablando
de salarios, además que cada
vez que lo necesitaban, mi papa
ayudaba a sus empleados.
Quiero concluir, solicitando y agrade-
ciendo a usted juez, que lea mi
carta y tome en cuenta mis palabras
ya que a pesar del grave error que
cometió mi papá, merece una se-
gunda oportunidad por ser tan bueno,
por haberme regalado la mejor
infancia, por llenarme de amor
cada día, aunque sea mediante las
llamadas que le otorgan, por
haberme cuidado, educado, protegido,
ya que mientras yo estuve al lado
de él, no recuerdo ninguna sola
ocasión en la que yo tuviera miedo,
merece también una segunda
oportunidad por haber sido

siempre tan bondadoso con los demás, aún cuando él mismo se encontraba en situaciones adversas.

Agradezco a usted señor juez, le envío un cordial saludo y deseo que Dios lo bendiga.

Atentamente:

Analía Comparán Bedolla

The Honorable Darrin P. Gayles.
United States Distric Judge.
U.S. District Court-Southern
District of Florida.

Escribo esta carta con el afán de que
escuche un hijo preocupado por su padre,
mi papá ah sido un hombre integro
cariñoso y responsable durante toda su
vida, siempre viendo por su familia y
el bien estar de todos. Me apena mucho
toda esta situación, pero vea en los
ojos de mi padre que es un hombre
bueno tiene el mejor corazón que eh
conocido, nos inculcó mucho el amor
y el respeto por todos los demas, hizo
de nosotros personas sanas y responsables
ante mano agradezco y le pido a Dios
que gue su mente y su corazón, escuche
nuestras palabras por favor. Es un buen
hombre mi padre.

Att Aarón Comparan Bedolla

The Honorable Darrin P. Gales
United States District Judge
US District Court-Southern District of Florida

Dear Judge Gayles, I hope you are doing well. Receive a cordial greeting. My name is Adriana Comparan B. and the reason for this writing is to let you know a little about how my father Adalberto Fructuoso Comparan Rodriguez is as a person.

My dad is a kind-hearted man, noble, good, generous, he likes to help others very much. When I was a child people came to the house every day looking for my dad to ask for help with money, food, medicine or other favors such as to transfer people to a hospital, etc. and as he helped everyone, people continued to arrive to ask daily. My dad was a child who lived in poverty and so when he had enough that he could share with those who needed it most he did it with all his heart, he always likes to share food and help in what he can. He has paid for the education of several boys from my town who had the intelligence and desire but not the economic resource, everything that my dad gives and helps he does because it gives him satisfaction to do it and not because he wants others know about it since many of those he has helped has been without anyone else knowing. As a father he is the most affectionate and loving, he said that to educate children you only need love and so he did his children and as a grandfather he is the most loving, all his grandchildren love him and follow him around I am very grateful to be his daughter and that our children have him as a grandfather. My dad is a very intelligent, hardworking man and is an example of struggle of perseverance whenever it is in his possibilities to help he will do it without hesitation, that's why people respect him and follow him a lot.

Thank you very much for reading.

/s/ Adriana Comparan Bedolla

The Honorable Darrin P. Gayles
United States District Judge
US District Court-Southern District of Florida

Michoacán, México. 28 de diciembre de 2022.

Estimado Juez Gayles, esperando se encuentre muy bien reciba un cordial saludo. Mi nombre es Adriana Comparan B y el motivo de este escrito es para darle a conocer un poco cómo es como persona mi papá Adalberto Fructuoso Comparán Rodríguez...

Mi papá es un hombre de buen corazón, noble, bueno, generoso, le gusta mucho ayudar a los demás. Cuando yo era niña llegaban personas todos los días a la casa buscando a mi papá para pedir que les ayudara con dinero, con comida, con medicinas o con cualquier otro favor, a trasladar a gente a algún hospital, etc. y como a todos ayudaba, las personas seguían llegando para pedir diariamente. Mi papá fue un niño que vivió en pobreza y por eso cuando él tuvo para compartir con los que más lo necesitan, lo hizo con todo el corazón, siempre le gusta compartir comida y ayudar en lo que puede, le pagó la carrera profesional a varios muchachos de mi pueblo que tenían la inteligencia y las ganas pero no el recurso económico, todo lo que mi papá da y ayuda lo hace porque le da satisfacción hacerlo y no porque las demás sepan de eso ya que a muchas personas que ha ayudado ha sido sin que nadie más se entere. Como papá es el más cariñoso y amoroso, él decía que para educar a los hijos sólo se necesita amor y así lo hizo con nosotros sus hijos.

Y como abuelo es el más amoroso, todos sus nietos lo aman y lo siguen mucho yo estoy muy agradecida por ser su hija y porque mis hijos lo tengan como abuelo. Mi papá es un hombre muy inteligente, trabajador y es un ejemplo de lucha y de perseverancia, siempre que en sus posibilidades esté ayudar él lo hará sin dudarlo por eso es que la gente lo respeta y lo sigue mucho.
Le agradezco mucho por leer.

Adriana Comparan Bedolla

Aguililla, Mich., December 30, 2022.

At'n: Judge Darrin P. Gayles.

PRESENT

In response to Mr. Adalberto Fructuoso Comparan Rodríguez, I would like to inform you of my perception of him, Mr. Judge. For me he has always been a father figure although he is my Uncle, I have always seen him as a person very similar to the role of my Father, he is very loving with his children, wife, nephews, uncles in short with all his relatives and anyone who is close to him.  He cares about the welfare of everyone around him and the truth is he is the most generous person I have met in my life,  always aware of what his friends need, willing to help and give advice to all, and very concerned about the situation of the neighbors of his hometown Aguililla.  That concern is the main cause that he in the situation he is now, I have approximately 30 years knowing him and he has always behaved in this way that I describe,  It is not necessary that you know him, but if you took time to know him you would see the reality of what I tell you in this brief writing, for this reason I ask you in a very special way to pay attention and be clement when making your decision to sentence this great person.

Kind regards
Jairo Fabre Gutierrez Bedolla

Aguililla, Mich., a 30 de Diciembre del 2022.

At´n: Juez Darrin P. Gayles.

PRESENTE

En atención al Sr. Adalberto Fructuoso Comparan Rodríguez quiero hacer de su conocimiento la percepción que tengo de él, Sr Juez. Para mí siempre ha sido una figura paternal aunque es mi Tío, siempre lo he visto como una persona muy parecida al papel de mi Padre, él es muy amoroso con sus hijos, esposa, sobrinos, tíos en fin con toda su parentela y cualquier persona que este allegada a él, se preocupa por el bienestar de todos a su alrededor y la verdad es la persona más generosa que he conocido en mi vida, siempre al pendiente de que necesitan sus amigos, dispuesto a ayudar y dar consejo a todos, y muy preocupado por la situación de los vecinos de su pueblo natal Aguililla, que esa preocupación son la causa principal de que ahora se encuentre en la situación que está ahora, tengo aproximadamente 30 años conociéndolo y siempre se ha portado se esta manera que le describo, no hace falta que usted lo conozca, pero si se diera tiempo de conocerlo vería usted la realidad de lo que le comento en este breve escrito, por esta razón le pido de manera muy especial que ponga atención y sea usted clemente al tomar su decisión para sentenciar a esta gran persona.

Atentamente
Jairo Fabre Gutiérrez Bedolla

Morelia, Michoacán, diciembre de 2022

The **Honorable Darrin P. Gayles**
UNITED STATES DISTRICT JUDGE
US District Court-Southern District of Florida

Presente

The one who subscribes C. Carlo Navarro Reyna, currently work as a consultant and I am also a student of Gastronomy at the Technological University of Morelia; I am pleased to greet you and tell you about my relationship and opinion about **Adalberto Fructuoso Comparan Rodríguez (CASE NO: 21-cr-20221-Gayles).**

I met Adalberto in 2007, when he served as Mayor of the Municipality of Aguililla, Michoacán. At that time, I worked as a consultant for a disease prevention program called "Healthy Communities", from that moment I knew of his passion in serving his community and improving the living conditions of those he represented, among the mayors of the region, he was the one who most promoted the social agenda.

Due to the great work that was developed in health issues, I am invited to work as director of the health area of the municipality of Aguililla, a position I held from 2008 to 2011, from this position is where I learned more about his humanity, cordial treatment towards his people, his collaborators and love and attachment to his family.

The hard and constant work in favor of his community, led him to build important works such as roads, a wastewater treatment plant, a hospital, among many others, all this work led him to obtain important recognitions for him and his locality during his period of government, I allow myself to review some as follows:

6º Foro Internacional desde lo Local 2009, Puerto Vallarta, Jalisco.
7º Foro Internacional Desde lo Local 2010, Morelia, Michoacán.
8º Foro Internacional Desde lo Local 2011, León, Guanajuato
XV Reunión Nacional de la Red Mexicana de Municipios por la Salud 2008, Durango, Durango.
XVI Reunión de la Red Mexicana de Municipios por la Salud 2010, Tuxtla Gutiérrez, Chiapas
XVII Reunión de la Red Mexicana de Municipios por la Salud 2010, León, Guanajuato
XVIII Reunión de la Red Mexicana de Municipios por la Salud 2011, San Luis Potosí, S.L.P.

Among the main results and recognitions received are :

- Agenda Desde lo Local
- Programa de Entornos y Comunidades Saludables.
- Convenio de colaboración con el Reino de los Países Bajos mediante el programa "Socios por el Agua"

- Certificación del Sistema Integral de Gestión para la Calidad del Municipio de Aguililla, Michoacán(SIGCAAM),mediante la norma ISO 9001:2008 E IWA 4, por la certificadora QS Internacional Suiza y QS Mexiko.
- Certificación de Aguililla como primera Ciudad Saludable del País.
- Certificación de 10 localidades del municipio como Comunidad Saludable.
- Premio Michoacán que otorga el Gobierno del estado a la mejor administración publica 2008-2011
- Premio Nacional al Desarrollo 2010, que otorga el Gobierno de México a través del Instituto Nacional para el Federalismo y Desarrollo Municipal.

Another important achievement that I can highlight of Adalberto, is that even after having exercised the position of Mayor, the reasons for his management continued to give results, during the XVIII International Congress of Accounting and Public Administration of the Autonomous University of Mexico (UNAM), held in 2013, presented the paper The Agenda from the Local and Municipal Management of Aguililla, Michoacán 2008-2011, in which the positive impacts of Adalberto's work in his position as Mayor were addressed.

The impact of the works and actions of Adalberto led to the fact that according to official figures from the Government of Mexico, through the National Population Council CONAPO 2011, reduce Marginalization of your municipality something that for decades had not been accomplished.

Sincerely

C. **Carlo Navarro Reyna**
**Varsovia 11, 3 de agosto, Morelia, Michoacán, Mexico**
**Teléfono: 44 31 15 72 73**

Morelia, Michoacán, diciembre de 2022

**The Honorable Darrin P. Gayles**
**UNITED STATES DISTRICT JUDGE**
**US District Court-Southern District of Florida**


Presente


El que subscribe C. Carlo Navarro Reyna, actualmente me desempeño como consultor y además soy estudiante de la carrera de Gastronomía en la Universidad Tecnológica de Morelia; tengo el gusto de saludarlo y comentarle sobre mi relación y opinión sobre **Adalberto Fructuoso Comparan Rodríguez (CASE NO: 21-cr-20221-Gayles).**

Conocí a Adalberto en el año 2007, cuando se desempeñaba como Alcalde del Municipio de Aguililla, Michoacán, ya que en ese momento me desempeñaba como consultor de un programa de prevención de enfermedades denominado "Comunidades Saludables", desde ese momento supe de su pasión en servir a su comunidad y mejorar las condiciones de vida de sus representados, ya que, entre los Alcaldes de la región fue el que más impulso la agenda social.

Debido al gran trabajo que se desarrolló en temas de salud, me invito a trabajar como director del área de salud del municipio de Aguililla, cargo que desempeñe del año 2008 al 2011, desde esta posición es donde pude conocer más de cerca de su humanidad, el trato cordial hacia su pueblo, sus colaboradores y del amor y apego a su familia.

El trabajo arduo y constante en favor de su comunidad, le llevo a construir importantes obras como caminos, una planta tratadora de aguas residuales, un hospital, entre muchas otras, todo este trabajo le llevo a obtener reconocimientos importantes para él y su localidad durante su periodo de gobierno, me permito reseñar algunos:

Como ponente:

6º Foro Internacional desde lo Local 2009, Puerto Vallarta, Jalisco.
7º Foro Internacional Desde lo Local 2010, Morelia, Michoacán.
8º Foro Internacional Desde lo Local 2011, León, Guanajuato
XV Reunión Nacional de la Red Mexicana de Municipios por la Salud 2008, Durango, Durango.
XVI Reunión de la Red Mexicana de Municipios por la Salud 2010, Tuxtla Gutiérrez, Chiapas
XVII Reunión de la Red Mexicana de Municipios por la Salud 2010, León, Guanajuato
XVIII Reunión de la Red Mexicana de Municipios por la Salud 2011, San Luis Potosí, S.L.P.

Entre los principales resultados y reconocimientos recibidos se encuentran:

- Agenda Desde lo Local
- Programa de Entornos y Comunidades Saludables.
- Convenio de colaboración con el Reino de los Países Bajos mediante el programa "Socios por el Agua"

- Certificación del Sistema Integral de Gestión para la Calidad del Municipio de Aguililla, Michoacán (SIGCAAM),mediante la norma ISO 9001:2008 E IWA 4, por la certificadora QS Internacional Suiza y QS Mexiko.
- Certificación de Aguililla como primera Ciudad Saludable del País.
- Certificación de 10 localidades del municipio como Comunidad Saludable.
- Premio Michoacán que otorga el Gobierno del estado a la mejor administración publica 2008-2011
- Premio Nacional al Desarrollo 2010, que otorga el Gobierno de México a través del Instituto Nacional para el Federalismo y Desarrollo Municipal.

Otro logro importante que puedo destacar de Adalberto, es que aun después de haber ejercido el cargo de Alcalde, siguieron dándose resultados motivos de su gestión, durante el XVIII Congreso Internacional de  Contaduría y Administración Pública de la Universidad Autónoma de México (UNAM), celebrado en 2013, se presentó la Ponencia La Agenda desde lo Local y la Gestión Municipal de Aguililla, Michoacán 2008-2011, en la cual se abordaron los impactos positivos del trabajo de Adalberto en su cargo como Alcalde.

El impacto de las obras y acciones de Adalberto llevaron a que según las cifras oficiales del Gobierno de México,  a través del Consejo Nacional de Población CONAPO 2011, se lograran reducir los índices de marginación de su municipio, algo que durante décadas no se había logrado.

Sinceramente

**C. Carlo Navarro Reyna**
**Varsovia 11, 3 de agosto, Morelia, Michoacán, México**
**Teléfono: 44 31 15 72 73**

The Honorable Darrin P. Gayles
United States District Judge
US District Court-Southern District of Florida

The undersigned, Dr. Danilo Barriga Ferreyra, currently retired from the IMSS-Bienestar, currently working at the Institute of Security or Social Services of State Workers (ISSSTE).
I inform you that I met Mr. Adalberto Fructuoso Comparan Rodriguez in2008, when he served as mayor of the Municipality of Aguililla Michoacán and a servant as a medium Supervisor in the IMSS-Bienestar program (formerly IMSS-Oportunidades)

Mr. Comparan a manager in the health of the entire population that has fewer resources, always interested in the welfare of the population he represented, at the end of his term as Mayor in the municipality of Aguililla continued to help the population that required medical attention for different health reasons, making the corresponding arrangements with the different health institutions always seeking the good of patients, always paying the costs of transfer as well as in some cases the treatments for the good of the patients.

In October 2013 at the XVIII International Congress of Accounting, Administration and Informatics, a research was presented called The Agenda from the local and the Municipal Management of Aguililla Michoacán 2008-2011, which refers to the performance of the administration of the Municipality of Aguililla obtaining the award for good governance during its last two years of its administration ( https://investigacion.fca.unam.mx/docs/memorias/2013/9.14.pdf) which attests to the good performance he had during his administration as mayor of the Municipality of Aguililla Michoacán. Later he became one of the leaders of the self-defense groups that emerged in the state of Michoacán in 2013, to combat organized crime groups present in the state of Michoacán.

In the following years the relationship I have had with Mr. Comparan was always for the health efforts he continued to make for the benefit of the unprotected population. Until the moment he is arrested in Guatemala.

Atentamente

/s/ Dr. Danilo Barriga Fereyra

The Honorable Darrin P. Gayles
UNITED STATES DISTRICT JUDGE
US District Court-Southern District of Florida.


El que subscribe Dr. Danilo Barriga Ferreyra, actualmente Jubilado del IMSS Bienestar, actualmente Trabajador en Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado (ISSSTE), informó a usted que conoció al sr. Adalberto Fructuoso Comparan Rodríguez en el año 2008, cuando él se desempeñaba como Alcalde del Municipio de Aguililla Michoacán y un servidor como Supervisor medio en el Programa IMSS Bienestar (antes IMSS Oportunidades).

El Sr. Comparan un gestor en la salud de toda la población que menos recursos tiene, siempre interesándose por el bienestar de la población que él representaba, al término de su gestión como Alcalde en el municipio de Aguililla continuo ayudando a la población que requería atención medica por diferentes motivos de salud, realizando las gestiones correspondientes con las diferentes instituciones de salud siempre buscando el bien de los pacientes, siempre costeando los costos de traslado, así como en algunos
casos los tratamientos en bien de los pacientes.

En el mes de octubre el 2013 se presentó en el XVIII Congreso Internacional de Contaduría Administración e Informática, se presentó una investigación realizada denominada La Agenda desde lo Local y La gestión Municipal de Aguililla Michoacán 2008 – 2011, la cual hace referencia al desempeño de las administración del Municipio de Aguililla, obteniendo el premio al buen gobierno durante sus dos últimos años de su administración (https://investigacion.fca.unam.mx/docs/memoria/2013/9.14.pdf), con lo cual se da fe al buen desempeño que tuvo durante su administración como Alcalde del Municipio de Aguililla Michoacán. Posteriormente se convirtió en uno de los Lideres de los grupos de Autodefensas surgidos en el estado de Michoacán en el año 2013, para combatir a los grupos de la delincuencia organizada presentes en el estado de Michoacán.

En los siguientes años la relación que he tenido con el Sr. Comparan fue siempre por las gestiones en salud que continúo realizado en beneficio de la población más desprotegida. Hasta el momento en que es detenido en Guatemala.


Sin otro por el momento aprovecho la ocasión para enviarle un cordial saludo

Atentamente

Dr. Danilo Barriga Ferreyra
Av. Madero Poniente #1210
Col. Molino de Parras C.P. 58010
Morelia Michoacán.
Cel. 4531185845

**The honorable Darrin P. Gayles**

UNITED STATES DISTRICT JUDGE

US District Court-Southern District of Florida

The undersigned Mario Manuel Romero Tinoco, retired professor of the Faculty of Biology at the Michoacan University of San Nicolás de Hidalgo, allow me with all respect to explain the following:

In 2007 I was serving as municipal president of the municipality of Huacana Michoacán, Mexico, and Don Fruto was a candidate for municipal president for the municipality of Aguililla Michoacán. He learned about the project we were developing and visited us with his team. In 2007 I was serving as municipal president of the municipality of Huacana Michoacán, Mexico, and Don Fruto was a candidate for municipal president for the municipality of Aguililla Michoacán. He learned about the project we were developing and visited us with his team.

In 2008, I finished my position and called me to work as an advisor in government programs of his municipality being already municipal president of Aguililla, Michoacán.

I was collaborating with him and his team for a year and a half and in that time I met and treated him personally as well as his family, so I can conclude the following:In 2008, he finished my position and called me to work as an advisor in the government programs of his municipality being already municipal president of Aguililla, Michoacán.

At the level of his family relationships, he was always concerned that his children were in good schools and always attended to the needs of them as well as their parents.

In his performance as municipal president he carried out projects Innovative for the region both in the productive and rural and environmental sectors such as: the construction of a wastewater treatment plant , a center for the management of solid waste, ponds to produce fish, for harvesting water from rain for agricultural irrigation among others.

I observed that he had a concern to change the conditions of his municipality and worked to make the previous projects a reality, for which he had *a* very positive leadership and presence in the communities of his municipality.

Your Homor, I am aware of the problem facing Don Fructuoso and I wish to express that in the time I knew him as a businessman and ruler I always observed an enthusiastic, enterprising, leadership and successful person. When I was in his municipality I learned of his companies that he managed as a gas station, a drinking water plant , tomato plantations and in his

performance as a political leader he had a lot of presence and empathy with all the inhabitants which allowed to obtain advances in the projects that he undertook and this made him worthy of recognitions at the state and national level for the actions for the benefit of the communities in the areas of community health, environmental and rural development.

I know all of the above because I myself accompanied *him* in that process.

Morelia, Michoacán, December 7, 2022

Sincerely,

/s/ Mario Romero

**The honorable Darrin P. Gayles**

UNITED STATES DISTRICT JUDGE

US DIistrict Court-Southern District of Florida

El que suscribe **Mario Manuel Romero Tinoco**, profesor jubilado de la facultad de Biología en la universidad michoacana de san nicolás de hidalgo me permito con todo respeto exponerle lo siguiente:

- En el año de 2007 estuve fungiendo como presidente municipal del municipio de la **Huacana Michoacán**, México, y **Don Fruto** era candidato a presidente municipal para el **municipio de Aguililla michoacán.** El conoció del proyecto que estábamos desarrollando y nos visitó con su equipo de trabajo.
- En 2008, terminó mi cargo y me llamó a trabajar como asesor en los programas de gobierno de su municipio siendo ya presidente municipal de Aguililla, Michoacán.
- Estuve colaborando con él y su equipo de trabajo durante año y medio y en ese tiempo conocí y lo traté personalmente así como a su familia, por lo cual puedo concluir lo siguiente:
  1) A nivel de sus relaciones familiares siempre estaba preocupado porque sus hijos estuvieran en buenas escuelas y atendía siempre las necesidades de ellos así como de sus padres.
  2) En su desempeño como presidente municipal realizó proyectos innovadores para la región tanto en el sector productivo y rural y ambiental como: la construcción de una planta de tratamiento de aguas residuales, un centro para el manejo de los residuos solidos, estanques para producir peces, para cosecha de agua de lluvia para riego agrícola entre otros.
  3) Observé que tenía una preocupación por cambiar las condiciones de su municipio y trabajaba para hacer realidad los anteriores proyectos, para lo cual tenía un liderazgo y presencia muy positiva en las comunidades de su municipio.

**\*Sr Juez**, estoy al tanto del problema que enfrenta Don Fructuoso y deseo expresar que en el tiempo que lo conocí como empresario y gobernante siempre observé a una persona entusiasta, emprendedor, con liderazgo y exitoso. Cuando estuve en su municipio conocí de sus empresas que él

manejaba como una gasolinera, una planta de agua potable, plantaciones de jitomate y en su actuación como líder político tenía mucha presencia y empatía con todos los habitantes lo cual permitió obtener avances en los proyectos que emprendió y esto lo hizo acreedor a reconocimientos a nivel estatal y nacional por las acciones en beneficio de las comunidades en las áreas de la salud comunitaria, lo ambiental y desarrollo rural.

**Todo lo anterior me consta porque yo mismo lo acompañe en ese proceso.**

Morelia,Michoacán a 7 de diciembre del 2022

ATENTAMENTE

Mario  Manuel Romero Tinoco

circuito Uacúsecha num. 300, Colonia Xangari.

Morelia,Michoacan. México. 4434910620 cel

The Honorable Darrin P. Gayles
United States District Judge
US District Court – Southern District of Florida

Present

By means of the present, I , Mtro. Hidilberto Pineda Pineda, a 54-year-old teacher from the municipality of Apatzingán, Michoacan, resident of the city of Morelia, I want  to address you to help as much as possible my friend Adalberto Fructuoso Comparan Rodríguez,  within the trial that was opened against him, since I believe they are wrong in the image they have formed of him.

I have known Mr. Adalberto for about 19 years , we have worked together on the political project of the PRD. And I collaborated with him in his campaign for the municipal presidency of Aguililla, it was then that we met and teamed up and since that time to date we have had a great friendship and harvested together political and personal triumphs.

On several occasions I went to the town of Aguililla to discuss issues with Alberto to help him design projects for the management of federal resources to support the people, in the  housing And PROMUSAG  programs,(Programa de la Mujer en el Sector Agrario) (Women's Program in the Agricultural Sector)  since Adalberto has always sought to improve the economic level of the inhabitants of Aguililla and this was one of the ways to help people have the way to start their own business in total. there must have been an average of 25 productive projects and more or less 80 housing  projects, in the programs or projects in which the beneficiary should contribute a proportional part of the resource, Adalberto helped with that part to those who had no way to get the money.

Once the resources were passed and the projects were launched, they were followed up to ensure success and reinforced where necessary.

Personally, I know that Alberto has always been hardworking, honest and has always helped the people of his town in all areas, in the economic health,  etc. in the same way he helped to form several cooperatives with citizens,  of various activities, always reinforcing the economic development of the municipality.

Without further ado, for the moment I remain at your appreciable orders and I hope that my opinion will serve as something so that you can form a more accurate image with my friend of Alberto,  within the trial that was instituted against  him, and can help those who have some consideration for those so that they do not condemn him wrongly.

/s/ Hidilberto Pineda Pineda

THE HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE
US DISTRICT COURT-SOUTHERN DISTRICT OF FLORIDA


P R E S E N T E .-


Por medio de la presente, el de la voz, Mtro. Hidilberto Pineda Pineda, Profesor normalista, de 54 años de edad, originario del municipio de Apatzingán, Michoacán y residente de la ciudad de Morelia, me quiero dirigir a usted para ayudar en la medida de lo posible a mi amigo Adalberto Fructuoso Comparan Rodríguez, dentro del juicio que se abrió en su contra, toda vez que creo que están equivocados en la imagen que se han formado de él.

Conozco al C. Adalberto desde hace aproximadamente 19 años, trabajamos juntos en el proyecto político del PRD. Y colabore con él en su campaña a la presidencia municipal de aguililla, fue entonces que nos conocimos e hicimos equipo, y desde ese tiempo a la fecha hemos tenido una gran amistad y cosechado juntos triunfos políticos y personales.

En diversas ocasiones acudí al pueblo de Aguililla para tratar asuntos con Adalberto para ayudarle a diseñar proyectos de gestión de recursos federales para apoyar a la gente, en los programas de vivienda y promusag, dado que Adalberto siempre ha buscado la mejora del nivel económico de los habitantes de Aguililla y esta era una de las formas de ayudar a que la gente tuviera la manera de iniciar un negocio propio, en total deben haber sido un promedio de 25 proyectos productivos y más o menos 80 de vivienda, en los programas o proyectos en los que el beneficiario debía aportar una parte proporcional del recurso, Adalberto les ayudaba con esa parte a los que no tenían manera de conseguir el dinero.

Una vez bajados los recursos y puestos en marcha los proyectos, se les dio seguimiento para asegurar el éxito y reforzar donde hubiera necesidad.

De manera personal me consta que Adalberto siempre ha sido trabajador, honesto y siempre ha ayudado a la gente de su pueblo en todos los ámbitos, en lo económico en salud, etc. De la misma manera ayudo a conformar varias cooperativas con los ciudadanos, de diversas actividades, siempre reforzando el desarrollo económico del municipio.

Sin más por el momento, quedó a sus apreciables órdenes y espero que mi opinión sirva de algo para que se puedan formar una imagen más atinada de mi amigo Adalberto, dentro del juicio que se instauró en su contra, y pueda ayudar a que le tengan alguna consideración para que no lo condenen erróneamente.


Mtro. Hidilberto Pineda Pineda
Teléfono, 4432029458
Domicilio Ministro de fomento 26, fracc. León Guzmán Morelia, Michoacán.

December 29, 2022

Darrin P. Gayles:

RE: Adalberto Fructuoso Camparán Rodríguez.

Writing this letter was easy, since in it they ask me to describe your way of being, and I have many good things to remember about you and describe, many years I had the honor of sharing time and space with you, talks, meals, Christmas and so many important dates that are only shared with people or human beings in whom you find a familiar meaning, you always made me feel part of your family, you accepted me from the beginning without me having any kind of kinship with you, you treated Jairo as one more son of yours, that feeling that he carries inside him he did not have with his own father, I cannot describe how important Jairo takes your teachings and your company, Many times when we talked on the phone I thanked you for what you always meant to us and what you and did for us, you are one of the most generous people I know. Life puts people in our way that leave us with lessons that so far I have not found a person who can leave a mark of generosity like the one I knew in you, generous with your children, with your wife, with your brothers with anyone who for one thing or another came into your life you gave without thinking about anything else, a human being with a character and charisma unlike another, perhaps at the time I did not thank you or behave the way you deserved it but you know life is showing us at a delayed pace the true importance of the people and like every human being who inhabits this earth we always value what you no longer have and unfortunately I cannot have you close to give you a hug and tell you again how wonderful you are, I do not lose hope of being able to see you again knowing that you are well, that you can reunite with your children, your wife your grandchildren and share a little of your being and your time, take care of yourself a lot, ask God a lot for us that we always ask for you, I love you very much, I love your family very much and hopefully we have also made you feel a little of that great love that you always showed.

Kind regards:
Ruth Natalie Mascaro Silva

29 de diciembre 2022

Darrin P. Gales.

Adalberto Fructuoso Camparán Rodríguez.

Escribir esta carta fue fácil, ya que en ella me piden describir tu forma de ser, y tengo muchas cosas buenas que recordar de ti y describir, muchos años tuve el honor de compartir tiempo y espacio contigo, platicas, comidas, navidades y tantas fechas importantes que solo se comparten con personas o seres humanos en los que encuentras un sentido familiar, siempre me hiciste sentir parte de tu familia, me aceptaste desde el principio sin yo tener ningún tipo de parentesco contigo, a Jairo lo tratabas como un hijo más tuyo, que ese sentimiento que él lleva dentro de él ni con su propio padre puede tener, no te puedo describir lo importante que Jairo toma tu enseña y tu compañía, muchas veces cuando hablabas por teléfono te agradecía lo que siempre fuiste e hiciste por nosotros, eres una de las personas mas generosas que yo pueda conocer la vida nos pone personas en nuestros caminos que algunas dejan una enseñanza, hasta el momento no he encontrado persona que pueda dejar una huella de generosidad como la que yo conocí en ti, generoso con tus hijos, con tu esposa, con tus hermanos con cualquier persona que por una cosa u otra llegara a tu vida dabas sin pensar en nada más, un ser humano con un carácter y carisma sin encontrar un doble, quizás en su momento no te agradecí ni me comporte de la forma en que tú lo merecías pero sabes la vida nos va mostrando a un paso retardado la verdadera importancia de las personas y como todo ser humano que habitamos en esta tierra siempre valoramos lo que ya no se tiene y desafortunadamente no puedo tenerte cerca para darte un abrazo y decirte de nuevo lo maravillo que eres, no pierdo la esperanza de poder verte de nuevo saber que estas bien, que puedes volver a reunirte con tus hijos, tu esposa tus nietos y compartir un poquito de tu ser y de tu tiempo, cuídate mucho, pide a Dios mucho por nosotros que nosotros siempre pedimos por ti, te quiero mucho, quiero mucho tu familia y ojala que nosotros también te hayamos echo sentir un poquito de ese gran amor que tu mostraste siempre.

Atentamente:
Ruth Natalie Mascaro Silva

# EL Buen Samaritano A.C.

Calle Tierra y Libertad #670 Col. Zapata, Tel. 4538409849

APATZINGAN, MICH. 22 DE DICIEMBRE DE 2022

**The Honorable Darrin P. Gayles**
**UNITED STATES DISTRICT JUDGE**
**US District Court-Southern District of Florida.**

God bless your ministry as a Federal Judge in this free and sovereign nation of the American Union. I am writing to you with all the respect you deserve and my appreciation for your work for justice. Who subscribes Pbro. Gregorio López Gerónimo of the diocese of Apatzingán, MichoacánGod bless your ministry as a Federal Judge in this free and sovereign nation of the American Union. I am writing to you with all the respect you deserve and my appreciation for your work for justice. Who subscribes Pbro. Gregorio López Gerónimo of the diocese of Apatzingán, Michoacán.

The reason for my letter is in favor of Mr. Adalberto Fructuoso Comparán Rodríguez who is detained in the American Union, whom I know as a public official and altruistic man with the noblest causes. As a priest I have a foundation called El Buen Samaritano A.C. to care for those displaced by organized crime, destitute, orphans and widows, and Mr. Adalberto Fructuoso Comparán Rodríguez is one of the greatest benefactors I have ever counted on to help with food and medicine for these vulnerable people. His family has helped me financially to build several shelters in the state of Michoacán and has proven to be people with social responsibility in favor of the noblest causes.

I hope that this statement will serve for your judicial process to which you are being requested. God bless this great nation and may justice prevail.

I stay as your server

Pbro. Lic. Gregorio López Gerónimo

# EL Buen Samaritano A.C.

Calle Tierra y Libertad #670 Col. Zapata. Tel. 4531349849



APATZINGAN, MICH. 22 DE DICIEMBRE DE 2022

The Honorable Darrin P. Gayles

UNITED STATES DISTRICT JUDGE

US District Court-Southern District of Florida.

Dios bendiga su ministerio como Juez Federal en esta nación libre y soberana de la Unión Americana. Me dirijo a usted con todo el respeto que se merece y mi reconocimiento por su labor en favor de la justicia. Quien suscribe Pbro. Lic. Gregorio López Gerónimo de la diócesis de Apatzingán, Michoacán.

El motivo de mi carta es en favor del Sr. Adalberto Fructuoso Comparán Rodríguez quien se encuentra detenido en la Unión Americana, a quien conozco como funcionario publico y hombre altruista con las causas mas nobles. Como sacerdote tengo una fundación llamada El Buen Samaritano A.C. para atender a los desplazados por la delincuencia organizada, indigentes, huérfanos y a las viudas, y el Sr. Adalberto Fructuoso Comparán Rodríguez es uno de los benefactores mas grandes con los que he contado para ayudar con alimentos y medicamentos para estas personas vulnerables. Su familia me ha ayudado económicamente a construir varios albergues en el estado de Michoacán y ha demostrado ser gente con responsabilidad social en favor de las causas más nobles.

Espero que esta declaración sirva para su proceso judicial al cual esta siendo requerido. Dios bendigas esta gran nación y que impere la justicia.

Me quedo como su servidor

Pbro. Lic. Gregorio López Gerónimo